UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

BAHRAM CHUBINEH,

                             Plaintiff,

v.                                                 Docket No.: 14-cv-840

RETRIEVAL-MASTERS CREDITORS
BUREAU, INC.,

                             Defendant.
_____

## CORPORATE DISCLOSURE STATEMENT

      In accordance with Rule 7.1, Federal Rules of Civil Procedure, Defendant Retrieval-Masters Creditors Bureau hereby files this Corporate Disclosure Statement. Defendant Retrieval-Masters Creditors Bureau states that there is no parent corporation or any publicly held corporation that owns 10% or more of its stock.

DATED:     Buffalo, New York
                 October 13, 2014

                                                                 GOLDBERG SEGALLA LLP

                                                                 /s/ Daniel B. Moar
                                                               Daniel B. Moar, Esq.
                                                               *Attorneys for Defendant*
                                                               665 Main Street, Suite 400
                                                               Buffalo, New York 14203
                                                               Telephone: (716) 566-5400
                                                               dmoar@goldbergsegalla.com

TO:    Cyrus B. Chubineh, Esq.
          *Attorney for Plaintiff*
          2655 Millersport Highway, #714
          Getzville, New York 14068
          Telephone: 716-864-0715
          chubineh@yahoo.com